[No. 4682–1.   Division One.   June 6, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR WILLIAM JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74266, Carolyn R. Dimmick, J., entered April 2, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Williams, J.

[No. 4787–1.   Division One.   June 6, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JANET RAY WARD, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. BRYAN EDWARD WARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75986, Frank D. Howard, J., entered May 10, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2179–2.   Division Two.   June 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM STEVEN ALLOWAY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2179, Jay W. Hamilton, J., entered December 3, 1975. *Affirmed* by unpublished per curiam opinion.